UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York,

                                        Plaintiff,

-against-

CITY OF NEW YORK, MAYOR BILL DE BLASIO, POLICE COMMISSIONER DERMOT F. SHEA, and CHIEF OF DEPARTMENT TERENCE A. MONAHAN,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

No. 21 Civ. 322 (CM)

        **PLEASE TAKE NOTICE** that **Brachah Goykadosh**, **Esq.**, Senior Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York, Mayor Bill de Blasio, Commissioner Dermot Shea, and Chief Terence Monahan.

        **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       February 1, 2021

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants City of New York,*
*Mayor Bill De Blasio, Commissioner Dermot Shea,*
*and Chief Terence Monahan*
100 Church Street
New York, New York 10007
(212) 356-3523

By: _____
      Brachah Goykadosh
      *Senior Counsel*
      Special Federal Litigation Division