MEMO ENDORSED

5/6/2021 The motion for reconsideration is DENIED – no papers need be filed in opposition. Mr. Komatsu is, of course, free to take an appeal from my decision and from this order to the United States Court of Appeals for the Second Circuit.

Colleen McMahon USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

People of the State of New York, et. al.,

Plaintiff,

-against-

The City of New York, et al.,

Defendant.

---------------------------------------------------- X

Case No. 21-cv-322 (CM)(GWG)

**Motion for reconsideration to intervene**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 5/6/2021

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 60, **a)** *Whalen v. County of Fulton*, 126 F.3d 400 (2d Cir. 1997), **b)** *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 S. Ct. (U.S. 2020), **c)** *Calvary Chapel Dayton Valley v. Sisolak*, 140 S. Ct. 2603 (U.S. 2020), **d)** *In re Kaiser*, 722 F.2d 1574 (2d Cir. 1983), **e)** *In re Fitch, Inc.*, 330 F.3d 104 (2d Cir. 2003), and other applicable law, I, Towaki Komatsu, am submitting this motion to be granted the following immediate relief in this case:

1. An order that grants me reconsideration of the order that U.S. District "Judge" Colleen McMahon issued on 4/28/21 in this case in which she denied me the opportunity to intervene in this case or otherwise appear as an interested party as she impermissibly relied on **a)** baseless and erroneous assumptions and irrelevant points instead of **b)** strictly pertinent matters of fact and law to reach that determination.
2. An order that immediately authorizes me to intervene in this case or otherwise appear as an interested party.
3. An order that explicitly states that the only matters that will be dealt with and otherwise considered by this Court in this consolidated case will be those that

occurred during the demonstrations that occurred during the Summer of 2020 in New York City that were specifically part of demonstrations and protests that took place then against the NYPD, other law-enforcement entities, and other government entities and personnel about matters that were closely-related to that as this means that this Court will not deal with matters that took place outside of that specific time period and/or were about other matters to apply comparable narrow-mindedness that this Court has applied to my application to intervene in this case to its parties, their counsel, and other intervenors and interested parties in this case in accordance with my First Amendment and Fourteenth Amendment rights.

This motion to intervene is supported by the following:

1. The attached memorandum of law dated May 4, 2021.
2. My 3/31/21 submission in this case.
3. My 2/4/21 motion to intervene that I submitted in this case.
4. The letters motions dated 1/29/21 and 1/30/21 that I submitted via e-mail for acceptance and diligent review in this case by "Judge" McMahon to the Pro Se Intake Unit on 1/29/21 at 9:47 am and 1/30/21 at 6:37 pm in accordance with applicable rules for such e-mail submissions by pro se litigants.

From, **Date**: May 4, 2021

Towaki Komatsu

s_/Towaki Komatsu

802 Fairmount Pl., Apt. 4B
Bronx, NY 10460

Tel: 347-316-6180
E-mail: Towaki_Komatsu@yahoo.com