# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20-cv-8924 (CM)(GWG) |
| This filing is related to:<br><br>ALL CASES | **NOTICE OF DEPOSITIONS** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned cases will take the deposition upon oral examination of the following parties, commencing at the time and on the date indicated, and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. These depositions shall take place before a notary public or other officer authorized by law to administer oaths at the Office of the New York State Attorney General, located at 28 Liberty Street, 16th Floor, New York, New York, or at another location to be determined by Plaintiff, or by remote means (via videoconference) pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by court reporter and/or audiovisual means.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants are required to produce, by electronic delivery, in advance of any deposition, any and all materials in any form they may have related in any way to the subject matter of the deposition and/or deponent.

You are invited to attend and cross-examine.

1

| *Deponent* | *Date* | *Time* | *Deposing Party* |
|---|---|---|---|
| Police Officer Ismael Hernandez Carpio | June 22, 2021 | 9:30 am | *Wood* |
| Police Officer Alfredo Jeff | June 22, 2021 | 1:30 pm | *Sierra* |
| Sgt. Michael Cozier | June 23, 2021 | 9:30 am | *People* |
| Police Officer Debora Matias | June 23, 2021 | 1:30 pm | *Sierra* |
| Sgt. Majer Saleh | June 24, 2021 | 1:30 pm | *People* |
| First Name Unknown Mansharamani, Shield No. 941065 | June 25, 2021 | 9:30 am | *Sow* |
| Police Officer Ray Soriano Shield No. 956275 | June 25, 2021 | 1:30 pm | *Sow* |
| Sgt. Patrick Quigley | June 28, 2021 | 9:30 am | *People* |
| Police Officer Andre Jeanpierre | June 28, 2021 | 1:30 pm | *Sierra* |
| Police Officer Kevin Agro. Shield No. 8054 | June 29, 2021 | 9:30 am | *Sow* |
| Police Officer Katarina Pjetri Shield No. 19806. | June 29, 2021 | 1:30 pm | *Sow* |
| Police Officer Enmanuel Montesino Shield No. 954146. | June 30, 2021 | 1:30 pm | *Sow* |
| Dep. Inspector Craig Edelman | July 2, 2021 | 9:30 am | *People* |
| Julio Delgado – Commanding Officer, SRG 2 | July 8, 2021 | 9:30 am | *People, Sierra* |
| Det. Damian Rivera | July 9, 2021 | 9:30 am | *Payne* |
| Matthew Tarangelo | July 9, 2021 | 1:30 pm | *Payne* |
| Incident Commander – January 18, 2021 (Protest No. 83, Barclays Center Brooklyn to City Hall Park Manhattan) | July 12, 2021 | 9:30 am | *People* |
| Incident Commander – November 4, 2020 (Protest No. 77, Washington Square Park) | July 13, 2021 | 9:30 am | *People* |
| The NYPD Member of the Service wearing Helmet # 173 in Mott Haven on June 4, 2020 | July 13, 2021 | 1:30 pm | *Wood* |
| Incident Commander – Nov. 4, 2020 (Protest No. 7, Central Park to Washington Square) | July 14, 2021 | 9:30 am | *People* |
| Lt. Michael Butler | July 14, 2021 | 1:30 pm | *Payne* |
| Incident Commander – Sep. 26, 2020 (Washington Square Park) | July 15, 2021 | 9:30 am | *People* |
| Police Officer Thomas Mosher | July 15, 2021 | 1:30 pm | *Wood* |
| Captain Vitaliy Zelikov | July 19, 2021 | 9:30 am | *People* |

| Police Officer Umid Karimov | July 19, 2021 | 1:30 pm | *Sierra* |
|---|---|---|---|
| Hensley Caraballo | July 20, 2021 | 9:30 am | *Payne* |
| Sgt. Gypsy Pichardo | July 22, 2021 | 9:30 am | *Payne* |
| Sgt. Keith Cheng | July 22, 2021 | 1:30 pm | *Payne* |
| Police Officer Ryan Brady Shield No.964402 | July 27, 2021 | 9:30 am | *Sow* |
| Police Officer R. Gonzalez Shield No. 957635 | July 27, 2021 | 1:30 pm | *Sow* |
| Jacqueline Vargas | July 29, 2021 | 9:30 am | *Payne* |
| The NYPD Member of the Service wearing Helmet 21286 near Church and Canal Streets on May 31, 2020 | August 9, 2021 | 9:30 a.m. | *Yates* |
| The NYPD Member of the Service wearing Helmet 3138 near Church and Canal Streets on May 31, 2020 | August 9, 2021 | 1:30 pm | *Yates* |
| The NYPD Member of the Service wearing Helmet 5662 near Church and Canal Streets on May 31, 2020 | August 10, 2021 | 9:30 a.m. | *Yates* |
| The NYPD Member of the Service wearing Helmet 15519 near Church and Canal Streets on May 31, 2020 | August 10, 2021 | 1:30 pm | *Yates* |
| Fausto Pichardo | August 11, 2021 | 9:30 a.m. | *Yates* |

Dated: June 9, 2021
       New York, New York

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Jessica Clarke
Jessica Clarke, *Chief of Civil Rights Bureau*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

3

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

/s/ Molly Biklen
Molly Biklen
Jessica Perry
Daniel R. Lambright
Robert Hodgson
Lisa Laplace
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

/s/ Corey Stoughton
Corey Stoughton
Jennvine Wong
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org


*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

HAMILTON CLARKE LLP

/s/ Lance A. Clarke
Lance A. Clarke, Esq.
Jason Clark, Esq.
William Guilford, Esq.
48 Wall Street, Suite 1100
New York, NY 10005
(212) 729-0952
lc@hamiltonclarkellp.com
*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

/s/ Joshua S. Moskovitz
Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603

4

New York, NY 10005
(212) 380-7040
josh@moskovitzlaw.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF MICHAEL L. SPIEGEL

/s/ Michael L. Spiegel
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005
(212) 587-8558
mikespieg@aol.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/ Douglas E. Lieb
Douglas E. Lieb
10 East 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332
dlieb@kllf-law.com

*Counsel for Plaintiff in Wood v. de Blasio, et al, No. 20-cv-10541*

STOLL, GLICKMAN & BELLINA, LLP

/s/ Andrew B. Stoll
Andrew B. Stoll
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(718) 852-3710
astoll@stollglickman.com

*Counsel for Plaintiff in Yates v. New York City, No. 21-cv-1904*

BELDOCK LEVINE & HOFFMAN LLP

/s/ Jonathan C. Moore
Jonathan C. Moore
David B. Rankin

Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams
Regina Powers
99 Park Avenue, PH/26th Floor
New York, New York 10016
t: 212-490-0400
f: 212-277-5880
e: jmoore@blhny.com drankin@blhny.com ldroubi@blhny.com marena@blhny.com
   dazizi@blhny.com rpattiz@blhny.com qadams@blhny.com rpowers@blhny.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

GIDEON ORION OLIVER

/s/ Gideon Orion Oliver
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

COHEN&GREEN P.L.L.C.

/s/ Elena L. Cohen
Elena L. Cohen
J. Remy Green
Jessica Massimi
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
e: elena@femmelaw.com remy@femmelaw.com jessica@femmelaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

WYLIE STECKLOW PLLC

/s/ Wylie Stecklow

Wylie Stecklow
Wylie Stecklow PLLC
231 West 96th Street
Professional Suites 2B3
New York, NY 10025
t: 212 566 8000
Ecf@wylielaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*


LORD LAW GROUP PLLC

/s/ Masai I. Lord
Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This filing is related to:<br><br>ALL CASES | 20-cv-8924 (CM)(GWG)<br><br><br><br>NOTICE OF DEPOSITIONS |

  **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Scheduling Order in this Matter (ECF No. 43), Plaintiffs in the above-captioned cases will take the deposition upon oral examination of the following individuals, commencing at the time and on the date indicated, and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. These depositions shall take place before a notary public or other officer authorized by law to administer oaths at the Office of the New York State Attorney General, located at 28 Liberty Street, 16th Floor, New York, New York, or at another location to be determined by Plaintiffs, or by remote means (via videoconference) pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by a court reporter and/or audiovisual means.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants are required to produce, by electronic delivery, in advance of any given deposition, any and all materials in any form they may have related in any way to the subject matter of that deposition.

  You are invited to attend and cross-examine.

1

| *Deponent* | *Date* | *Time* |
|---|---|---|
| Former Chief of Training Theresa Shortell | July 1, 2021 | 9:30 am |
| Chief of Intelligence Bureau Thomas Galati | July 6, 2021 | 9:30 a.m. |
| Chief of Training Kenneth E. Corey | July 7, 2021 | 9:30 am |
| Executive-in-Charge of Operations of Tactical Training Unit | July 13, 2021 | 9:30 am |
| Patrol Borough Commander (Manhattan South) Assistant Chief Stephen J. Hughes | July 16, 2021 | 9:30 a.m. |
| Legal Bureau Assistant Counsel Carrie Talansky | July 20, 2021 | 1:30 pm |
| Patrol Borough Manhattan North: Former Assistant Chief Kathleen M. O'Reilly (now Chief of Transit) | July 21, 2021 | 9:30 a.m. |
| Patrol Borough Bronx Assistant Chief Kenneth Lehr | July 23, 2021 | 9:30 a.m. |
| Patrol Borough Brooklyn South: Assistant Chief Brian Conroy | July 28, 2021 | 9:30 a.m. |
| Patrol Borough Brooklyn North: Former Assistant Chief Jeffrey Maddrey (now Chief of Community Affairs) | July 30, 2021 | 9:30 a.m. |
| Mayor Bill De Blasio | Aug. 3, 2021 | 9:30 am |
| Commissioner Dermot F. Shea | Aug. 4, 2021 | 9:30 am |
| Former Chief of Dept. Terence A. Monahan | Aug. 5, 2021 | 9:30 a.m. |
| Former Chief of Patrol Fausto Pichardo | Aug. 11, 2021 | 9:30 a.m. |
| Chief of Patrol, Juanita Holmes | Aug. 6, 2021 | 9:30 a.m. |
| Deputy Chief John D'Adamo, Commanding Officer Strategic Response Group | Aug. 12, 2021 | 9:30 a.m. |
| Inspector Gerard Dowling, Exec. Officer, Strategic Response Group | Aug. 17, 2021 | 9:30 a.m. |
| Commanding Officer David Miller, Disorder Control Unit | Aug. 18, 2021 | 9:30 a.m. |
| Deputy Chief Edward Mullane, Commanding Officer, Operations Division (Chief of Department's Office) | Aug. 19, 2021 | 9:30 a.m. |
| Deputy Commissioner Public Information Richard J. Esposito | Aug. 20, 2021 | 9:30 a.m. |
| Chief of Special Operations Harry J. Wedin | Aug. 24, 2021 | 9:30 a.m. |
| Deputy Commissioner for Counterterrorism and Intelligence John Miller | Aug. 25, 2021 | 9:30 a.m. |
| Deputy Commissioner, Internal Affairs Bureau – Joseph Reznick | Aug. 26, 2021 | 9:30 a.m. |

| NYPD Risk Management – Former Deputy Commissioner Jeffrey Schlanger | Aug. 27, 2021 | 9:30 a.m. |
| --- | --- | --- |
| Current Chief of Department Rodney Harrison | Aug. 31, 2021 | 9:30 a.m. |
| Criminal Justice Bureau Chief (Commanding Officer) Donna Jones | Sept. 1, 2021 | 9:30 a.m. |
| Deputy Chief John Cappelmann, Office of Management Analysis and Planning | Sept. 2, 2021 | 9:30 a.m. |
| First Deputy Commissioner Benjamin Tucker | Sept. 3, 2021 | 9:30 a.m. |

Dated:  June 9, 2021
         New York, New York


LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Jessica Clarke
Jessica Clarke, *Chief of Civil Rights Bureau*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Jaclyn Grodin, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

/s/ Molly Biklen
Molly Biklen
Jessica Perry
Daniel R. Lambright
Robert Hodgson
Lisa Laplace
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org

3

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

/s/ Corey Stoughton
Corey Stoughton
Jennvine Wong
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

HAMILTON CLARKE LLP

/s/ Lance A. Clarke
Lance A. Clarke, Esq.
Jason Clark, Esq.
William Guilford, Esq.
48 Wall Street, Suite 1100
New York, NY 10005
(212) 729-0952
lc@hamiltonclarkellp.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

/s/ Joshua S. Moskovitz
Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603
New York, NY 10005
(212) 380-7040
josh@moskovitzlaw.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF MICHAEL L. SPIEGEL

/s/ Michael L. Spiegel
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005
(212) 587-8558

mikespieg@aol.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/ Douglas E. Lieb
Douglas E. Lieb
10 East 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332
dlieb@kllf-law.com

*Counsel for Plaintiff in Wood v. de Blasio, et al, No. 20-cv-10541*

STOLL, GLICKMAN & BELLINA, LLP

/s/ Andrew B. Stoll
Andrew B. Stoll
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(718) 852-3710
astoll@stollglickman.com

*Counsel for Plaintiff in Yates v. New York City, No. 21-cv-1904*

BELDOCK LEVINE & HOFFMAN LLP

/s/ Jonathan C. Moore
Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams
Regina Powers
99 Park Avenue, PH/26th Floor
New York, New York 10016
t: 212-490-0400
f: 212-277-5880
e: jmoore@blhny.com drankin@blhny.com ldroubi@blhny.com marena@blhny.com
   dazizi@blhny.com rpattiz@blhny.com qadams@blhny.com rpowers@blhny.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

GIDEON ORION OLIVER

/s/ Gideon Orion Oliver
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*
COHEN&GREEN P.L.L.C.

/s/ Elena L. Cohen
Elena L. Cohen
J. Remy Green
Jessica Massimi
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
e: elena@femmelaw.com remy@femmelaw.com jessica@femmelaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*


WYLIE STECKLOW PLLC

/s/ Wylie Stecklow
Wylie Stecklow
Wylie Stecklow PLLC
231 West 96th Street
Professional Suites 2B3
New York, NY 10025
t: 212 566 8000
Ecf@wylielaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

LORD LAW GROUP PLLC

/s/ Masai I. Lord
Masai I. Lord

14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*