UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: New York City Policing During Summer 2020 Demonstrations

No: 21-cv-00322 (CM)(GWG)

This filing is related to:

*People v. City of New York, et al.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2023

*[Handwritten endorsement:]* Please terminate Counsel from the docket. /s/ Colleen M. [illegible] 4/14/2023

**MEMO ENDORSED**

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw as counsel for the People of the State of New York in this matter due to the reassignment of staffing for this matter by the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Lillian Marquez, Travis England, Lois Saldana, Colleen Faherty, Swati Prakash, Gregory Morril, and Nancy Trasande. I am not asserting a retaining or charging lien.

Dated: April 13, 2023

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By: /s/ *Michelle Gonzalez*
Michelle Gonzalez
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-6029
Michelle.Gonzalez@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, I served a true and correct copy of the foregoing via the Court's ECF system to all counsel of record.

Dated: New York, New York
       April 13, 2023

                                              Respectfully submitted,

                                              By: /s/ *Michelle Gonzalez*
                                              Michelle Gonzalez
                                              Office of the New York State Attorney General
                                              28 Liberty Street, 20th Floor
                                              New York, NY 10005
                                              (212) 416-6029
                                              Michelle.Gonzalez@ag.ny.gov