Thomas A. Kissane
Partner

212 612-1213
TKissane@schlamstone.com

Schlam Stone & Dolan LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

November 13, 2023

**BY ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *People of the State of New York v. City of New York, et al.*
         SDNY No. 20-cv-8924 (CM)(GWG) (consolidated actions)

Dear Judge McMahon:

We are co-counsel to the Police Benevolent Association ("PBA").

Part V(D) of your Individual Practices sets a presumptive limit of 10 pages for reply briefs. The PBA intends to submit a single brief replying jointly to the separate briefs (totaling 42 pages) filed by Consolidated Plaintiffs and the City of New York Defendants on the pending motion regarding the proposed settlement, rather than filing two separate reply briefs. We write to request that we be permitted to submit a 20-page reply brief.

Respectfully,

*[signature]*

Thomas A. Kissane

Copies To:
All counsel in Consolidated Actions (via ECF).